UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST-CITIZENS BANK & TRUST COMPANY, AS ADMINISTRATIVE AGENT, DOING BUSINESS AS SILICON VALLEY BANK,<br><br>          Plaintiff,<br><br>     -v-<br><br>PATRIOT BANK, N.A.,<br><br>          Defendant. | 26-cv-3810 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of plaintiff First-Citizens Bank and Trust Company, which as relevant to this action does business as Silicon Valley Bank ("SVB"), for temporary and preliminary injunctive relief against defendant Patriot Bank, N.A., and for expedited discovery pending a preliminary injunction hearing. See ECF No. 7. SVB filed its motion on May 11, 2026, see id.; Patriot Bank filed opposition papers on May 12, 2026, see ECF Nos. 16-18; and the Court held oral argument on May 13, 2026.

For the reasons stated on the record at oral argument, the Court will promptly proceed to conduct an evidentiary hearing on SVB's motion for a preliminary injunction. That hearing will be held beginning at 9 a.m. on May 20, 2026, in courtroom 14B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

Accordingly, the prongs of SVB's motion seeking (1) the entry of a temporary restraining order against Patriot Bank and (2) expedited discovery pending the preliminary injunction hearing are hereby

denied, but without prejudice to the voluntary agreements reached between the parties and stated on the record in open court on May 13, 2026.

SO ORDERED.

Dated:    New York, NY
          May 13, 2026

JED S. RAKOFF, U.S.D.J.