UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST-CITIZENS BANK & TRUST COMPANY, AS ADMINISTRATIVE AGENT, DOING BUSINESS AS SILICON VALLEY BANK,<br><br>     Plaintiff,<br><br>  -v-<br><br>PATRIOT BANK, N.A.,<br><br>     Defendant. | 26-cv-3810 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of plaintiff First-Citizens Bank and Trust Company, which as relevant to this action does business as Silicon Valley Bank ("SVB"), for a preliminary injunction against defendant Patriot Bank, N.A. See ECF No. 7. Following full briefing, the Court held a full-day preliminary injunction hearing on May 20, 2026. At the Court's invitation, the parties also submitted post-hearing briefs on May 21, 2026.

Upon careful consideration of the briefs, the evidence received at the preliminary injunction hearing, and the arguments of counsel, the Court hereby denies SVB's motion for a preliminary injunction.

An Opinion setting forth the reasons for this Order will issue promptly and, in any case, no later than June 8, 2026. In the meantime, the parties are directed, by no later than May 22, 2026, either to submit to the Court a jointly proposed Case Management Plan that will make the case ready for trial by November 7, 2026, or to apprise the Court, via joint telephone call to Chambers, of their disagreements

1

with respect to proposed deadlines to govern the remainder of this action, which the Court will then resolve in the same call.

SO ORDERED.

Dated:    New York, NY
          May 21, 2026

_____
JED S. RAKOFF, U.S.D.J.

2