**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Nads LLC,<br><br>Plaintiff,<br><br>v.<br><br>Patriot Bank, N.A.,<br>First-Citizens Bank & Trust Company d/b/a<br>Silicon Valley Bank, Carmel Solutions LLC,<br>Parker Warehouse III LLC,<br><br>Defendants. | Case No.: 1:26-cv-05069-JSR<br><br>Related Case: 1:26-cv-3810-JSR |

**ORDER FOR ADMISSION *PRO HAC VICE* OF SANFORD L. MICHELMAN**

The motion of Michelman & Robinson, LLP, for admission of Sanford L. Michelman to practice *Pro Hac Vice* in the above captioned action, is GRANTED.

Sanford L. Michelman has declared that he is a member in good standing of the bar of the State of California, including the U.S. District Court for the Central, Northern, Eastern, and Southern Districts of California and the U.S. Court of Appeals for the Ninth Circuit; and that his contact information is as follows:

Sanford L. Michelman
Michelman & Robinson, LLP
605 Third Avenue, 30th Floor.
New York, NY 10158
Telephone: (212) 730-7700
Email: smichelman@mrllp.com

Sanford L. Michelman has requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant PATRIOT BANK, N.A. in the above-captioned action;

**IT IS HEREBY ORDERED** that Sanford L. Michelman is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 24, 2026

Hon. Jed S. Rakoff, U.S.D.J.