UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST-CITIZENS BANK & TRUST COMPANY, AS ADMINISTRATIVE AGENT, DOING BUSINESS AS SILICON VALLEY BANK,<br><br>Plaintiff,<br><br>-v-<br><br>PATRIOT BANK, N.A.,<br><br>Defendant. | 26-cv-3810 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is the renewed motion of plaintiff First-Citizens Bank and Trust Company, which as relevant to this action does business as Silicon Valley Bank ("SVB"), for preliminary injunctive relief against defendant Patriot Bank, N.A. See ECF No. 56. Also before the Court is Patriot Bank's motion for corrective action. See ECF No. 54. These motions were fully briefed on July 21, 2026.

Upon careful consideration of the parties' submissions and the arguments of counsel, the Court denies the parties' motions except to the extent consistent with the following:

The Court concludes that a third-party servicer must be appointed as the sole entity responsible for servicing all receivables arising from or related to the Parker Card program. The third-party servicer shall be responsible for collecting future payments made on Parker Card receivables and shall establish a segregated bank account at a third-party financial institution in which to deposit such payments.

The third-party servicer shall not be third-party defendant Carmel Solutions LLC.

The parties are directed to prepare a joint submission proposing a mutually agreed-upon third-party servicer no later than Tuesday, August 4, 2026. This submission should include the name of the servicer, its credentials, and details for payment to be made to the servicer. If the parties are unable to agree on a servicer, they are directed to prepare and file separate proposals for their respective preferred servicer by no later than Tuesday, August 4, 2026. In any event, the Court retains the right to select its own servicer if necessary.

SO ORDERED.

Dated: New York, NY
July 30, 2026

JED S. RAKOFF, U.S.D.J.