UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST-CITIZENS BANK & TRUST COMPANY, AS ADMINISTRATIVE AGENT, DOING BUSINESS AS SILICON VALLEY BANK,<br><br>Plaintiff,<br><br>v.<br><br>PATRIOT BANK, N.A.,<br><br>Defendant. | 26-cv-3810 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of third-party Ishwardeep Singh to reconsider its decision requiring Mr. Singh to appear for a telephonic deposition. Mr. Singh also requests that the Court (1) limit the scope of his deposition; (2) order Plaintiff First-Citizens Bank and third-party Defendant Carmel Solutions LLC to indemnify him for his conduct at Carmel; and (3) order Carmel to produce certain documents to Mr. Singh. Upon due consideration of the arguments of counsel, the Court denies Mr. Singh's motion in its entirety. As previously ordered, Mr. Singh is directed to appear for a telephonic deposition not to exceed 3.5 hours.

SO ORDERED.

Dated: New York, NY
September 24, 2026

JED S. RAKOFF, U.S.D.J.