UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST-CITIZENS BANK & TRUST COMPANY, AS ADMINISTRATIVE AGENT, d/b/a SILICON VALLEY BANK,

Plaintiff,

v.

PATRIOT BANK, N.A.,

Defendant.

---

PATRIOT BANK, N.A.,

Counter-Plaintiff and Third Party Plaintiff,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, AS ADMINISTRATIVE AGENT, d/b/a SILICON VALLEY BANK, CARMEL SOLUTIONS LLC, and PARKER WAREHOUSE III LLC,

Counter-Defendant and Third Party Defendants.

26-cv-3810 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of defendant Patriot Bank to dismiss the Amended Complaint of plaintiff First-Citizens Bank and Trust Company, which as relevant to this action does business as Silicon Valley Bank ("SVB"). See ECF No. 40. This motion was fully briefed on July 27, 2026. See ECF Nos. 41, 53 & 73. Also before the Court is SVB's motion to dismiss Patriot's counterclaims. See ECF No.

74. This motion was fully briefed on September 1, 2026. See ECF Nos. 75, 89 & 102.

Upon careful consideration of the parties' submissions and the arguments of counsel, the Court grants Patriot's motion to dismiss SVB's Amended Complaint as to Counts Two through Six. The Court also dismisses Count One of the Amended Complaint, except insofar as it relates to Parker Card receivables generated prior to April 21, 2026.

With respect to SVB's motion to dismiss Patriot's Counterclaims, the Court grants SVB's motion as to Counts One, Three, Four, Five, Six, Eight, Nine, and Ten brought by Patriot against SVB. As to Count Two of Patriot's counterclaims against SVB, the Court grants the motion to dismiss except insofar as it relates to SVB's role in the alleged concealment of Parker's insolvency from Patriot. SVB's motion to dismiss Count Seven brought by Patriot against SVB is denied.

An Opinion setting forth the reasons for this Order will issue in due course. Meanwhile, the Clerk of Court is respectfully directed to terminate the motions at docket entry 40 and 74.

SO ORDERED.

Dated: New York, NY
October 9, 2026

JED S. RAKOFF, U.S.D.J.